**UNITED STATES of America,**
**Appellee,**

v.

**Gregory LYNCH, Defendant–Appellant.**

**No. 09–2703–cr.**

United States Court of Appeals,
Second Circuit.

Aug. 30, 2010.

Thomas G. Dennis, Federal Defender, Deirdre Murray, Assistant Federal Defender, Thomas McCudden, Research and Writing Attorney, Hartford, CT, for Defendant–Appellant.

Rahul Kale, William J. Nardini, Assistant United States Attorneys for David B. Fein, United States Attorney for the District of Connecticut, Bridgeport, CT, for Appellee.

Present: ROBERT A. KATZMANN, PETER W. HALL, Circuit Judges, JOHN GLEESON,* District Judge.

## SUMMARY ORDER

Defendant Gregory Lynch appeals from a judgment of conviction entered June 22, 2009 (Dorsey, *J.*), following a guilty plea, convicting him of conspiring to commit bank fraud, and sentencing him principally to 46 months' imprisonment. We assume the parties' familiarity with the facts and procedural history of this case.

On appeal, Lynch argues that his sentence of 46 months' imprisonment is procedurally unreasonable because the district court miscalculated his criminal history score by improperly including his prior conviction for breach of the peace. He contends that pursuant to U.S.S.G § 4A1.2(c), his conviction for breach of the peace is "similar to" the offense of "[d]isorderly conduct or disturbing the peace," and thus should not have been included in the calculation of his criminal history. We need not reach the merits of Lynch's argument, however, because even if the district court did commit error, that error was harmless.

"Where we identify procedural error in a sentence, but the record indicates clearly that 'the district court would have imposed the same sentence' in any event, the error may be deemed harmless ...." *United States v. Jass*, 569 F.3d 47, 68 (2d Cir. 2009) (citing *United States v. Cavera*, 550 F.3d 180, 197 (2d Cir.2008) (en banc)). The district court here made plain that regardless of whether it included Lynch's breach of the peace conviction in the calculation of Lynch's criminal history, the court would place Lynch in Criminal His-

* The Honorable John Gleeson, United States District Judge for the Eastern District of New York, sitting by designation.

tory Category III. Accordingly, any error was harmless.

We have reviewed Lynch's remaining arguments and conclude that they lack merit. Accordingly, for the foregoing reasons, the judgment of the district court is hereby **AFFIRMED.**